

3232 Newmark Drive
Mail Stop B6-YM07-01-8
Dayton, Ohio 45342

**Northern** District of **Illinois**

IN RE:

**Robert C. Baum**

CASE NO. **11-85395**
CHAPTER 13

We have received the Trustee's Notice of Final Cure Payment. We agree that the debtor has paid the full amount required to cure the default on the claim. We also agree that the debtor has paid all post petition payments to date and are current on their mortgage

Signature                                              Date

*[signature]*                                          6/06/2013

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of June, 2013, a copy of the foregoing Response to Trustee's Notice of Final Cure Payment has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

*Trustee*
**Lydia Meyer**
Lydia Meyer - 13 Trustee
P.o. Box 14127
Rockford, IL 61105-4127

**Scott A Bentley**
Law Office of Scott A. Bentley
5435 Bull Valley Road
Suite 318
McHenry, IL 60050

**Robert Charles Baum**
2813 E. Chestnut Drive
Wonder Lake, IL 60097

/s/ Christine Oxley, Bankruptcy Specialist
PNC Mortgage
3232 Newmark Dr
Miamisburg OH 45342
(866) 754-0659
Fax: (937) 910-4905